UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN ANTONIO SOLOMON,

        Plaintiff,                                    Civil Action No. 20-11335

vs.                                              HON. MARK A. GOLDSMITH

MARIE SHOULDERS, et al.

        Defendants.

_____/

**ORDER**
**ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF**
**THE MAGISTRATE JUDGE DATED SEPTEMBER 30, 2020 (Dkt. 20), AND**
**DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**
**(Dkt. 2)**

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Elizabeth A. Stafford, issued on September 30, 2020 (Dkt. 20). In the R&R, the Magistrate Judge recommends that the Court deny Plaintiff Martin Antonio Solomon's motion for a temporary restraining order (Dkt. 2).

The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2).  The failure to file a timely objection to an R&R constitutes a waiver of the right to further judicial review.  See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-1374 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash, 328 F.3d 98, 108 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Lardie v. Birkett, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts

2

of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard.").  However, there is some authority that a district court is required to review the R&R for clear error. <u>See</u> Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error.  On the face of the record, the Court finds no clear error and accepts the recommendation.

Accordingly, the Court accepts the magistrate judge's R&R (Dkt. 20), and denies Solomon's motion for a temporary restraining order (Dkt. 2).

SO ORDERED.

Dated:  November 5, 2020                    s/Mark A. Goldsmith
        Detroit, Michigan                   MARK A. GOLDSMITH
                                            United States District Judge

2